## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ELAINE WANG, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:21-cv-00095-RGA |
| | : | |
| v. | : | |
| | : | |
| NEOS THERAPEUTICS, INC., BRYANT FONG, BETH HECHT, ALAN HELLER, GERALD MCLAUGHLIN, JAMES ROBINSON, GREG ROBITAILLE, JOHN SCHMID, and LINDA M. SZYPER, | : | |
| | : | |
| Defendants. | : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 4, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com